IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
(DALLAS DIVISION)

| | |
|---|---|
| DIANNA JOHNSON, § | |
| § | |
| Plaintiff, § | |
| § | CIVIL ACTION NO. 3:13-cv-00253-B |
| v. § | |
| § | |
| BROOKDALE SENIOR LIVING § | |
| COMMUNITIES, INC., § | |
| Defendant. § | |

## UNOPPOSED MOTION TO DISMISS

Plaintiff Dianna Johnson ("Plaintiff"), files this Motion to Dismiss, as follows:

1. Plaintiff is a former employee of Defendant. She has brought suit against Defendant alleging claims arising from her employment.

2. Defendant has an arbitration provision that it contends is applicable to all employees.

3. Plaintiff has agreed to dismiss this matter and pursue her claims against Defendant in arbitration. Therefore, Plaintiff requests that the Court dismiss all federal proceedings so that the parties may participate in arbitration.

WHEREFORE, the Plaintiff respectfully requests that the Court dismiss this matter without prejudice and with all parties to bear their own costs.

    Respectfully submitted,

    /s/ Susan E. Hutchison
    Susan E. Hutchison
    State Bar No. 07255200
    hutch@seeyouincourt.com

    Kern A. Lewis
    State Bar No. 12295320
    lewis@seeyouincourt.com

>Wes Dauphinot
>State Bar No. 00793584
>
>Hutchison, Lewis & Dauphinot P.C.
>611 S. Main Street, Suite 700
>Grapevine, Texas  76051
>Tel. (817) 336-5533
>Fax  (817) 336-9005
>
>Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically on February 18, 2013.  This document was automatically served on all attorneys of record who have registered as filing users upon issuance of the Notice of Electronic Filing as follows:

>Alicia S. Voltmer
>Ogletree, Deakins
>700 Preston Commons
>8117 Preston Rd.
>Dallas, TX  75225

>s/Susan E. Hutchison
>Susan E. Hutchison

## CERTIFICATE OF CONFERENCE

The undersigned has spoken with counsel for Defendant, Alicia Voltmer, and Ms. Voltmer does not oppose this Motion to Dismiss.

>s/Susan E. Hutchison
>Susan E. Hutchison